1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                     ) 1:11-CV-01445-AWI-SKO
   |                                               )
12 |         Plaintiff,                            ) **APPLICATION AND ORDER FOR**
   |                                               ) **PUBLICATION**
13 |    v.                                         )
   |                                               )
14 | APPROXIMATELY $296,000.00                     )
   | SEIZED FROM JP MORGAN CHASE                   )
15 | BANK NATIONAL ASSOCIATION,                    )
   | THE CORRESPONDENT BANK FOR                    )
16 | KOREA EXCHANGE BANK                           )
   | ACCOUNT NUMBER 006290094519,                  )
17 | and                                           )
   |                                               )
18 | APPROXIMATELY $50,000.00                      )
   | SEIZED FROM JP MORGAN CHASE                   )
19 | BANK NATIONAL ASSOCIATION,                    )
   | THE CORRESPONDENT BANK FOR                    )
20 | NATIONAL AGRICULTURAL                         )
   | COOPERATIVE FEDERATION                        )
21 | ACCOUNT NUMBER 006550294616,                  )
   |                                               )
22 |         Defendants.                           )
   | _____)
23

24      The United States of America, Plaintiff herein, applies for an order of

25 publication as follows:

26      1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

27 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

28 United States shall cause public notice of the action to be given in a newspaper of

1 general circulation or on the official internet government forfeiture site;

2     2. Local Rule 171, Eastern District of California, provides that the Court
3 shall designate by order the appropriate newspaper or other vehicle for publication;

4     3. The defendants approximately $296,000.00 seized from JP Morgan Chase
5 Bank National Association, the Correspondent Bank for Korea Exchange Bank account
6 number 006290094519, and approximately $50,000.00 seized from JP Morgan Chase
7 Bank National Association, the Correspondent Bank for National Agricultural
8 Cooperative Federation Account Number 006550294616 (hereafter "defendant funds")
9 were seized in San Francisco, California.

10     4. Plaintiff proposes that publication be made as follows:

11         a. One publication;

12         b. Thirty (30) consecutive days;

13         c. On the official internet government forfeiture site
14             www.forfeiture.gov;

15         d. The publication is to include the following:

16             (1) The Court and case number of the action;

17             (2) The date of the seizure/posting;

18             (3) The identity and/or description of the property
19                 seized/posted;

20             (4) The name and address of the attorney for the Plaintiff;

21             (5) A statement that claims of persons entitled to possession or
22 claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court
23 and served on the attorney for the Plaintiff no later than 60 days after the first day of
24 publication on the official internet government forfeiture site; and

25             (6) A statement that answers to the Complaint or a motion
26 under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be

27 ///

28 ///

filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: August 30, 2011
BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

**Dated:   September 5, 2011**            /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE