BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $296,000.00 SEIZED FROM JP MORGAN CHASE BANK NATIONAL ASSOCIATION, THE CORRESPONDENT BANK FOR KOREA EXCHANGE BANK ACCOUNT NUMBER 006290094519, and<br><br>APPROXIMATELY $50,000.00 SEIZED FROM JP MORGAN CHASE BANK NATIONAL ASSOCIATION, THE CORRESPONDENT BANK FOR NATIONAL AGRICULTRUAL COOPERATIVE FEDERATION ACCOUNT NUMBER 006550294616[1/],<br><br>　　　　Defendants. | 1:11-CV-01445-LJO-BAM<br><br>**ORDER FOR EXTENSION OF TIME TO FILE DEFAULT MOTION** |

　　　　The United States hereby submits this status report and request for extension of time following this Court's April 27, 2012 Order:

　　　　1.　　The United States filed a clerk's default against Barun Law on February 6,

---

[1/] The defendant $50,000.00 seized from JP Morgan Chase Bank National Association, the Correspondent Bank for National Agricultural Cooperative Federation account number 06550294616 was dismissed from this action on December 22, 2011. (Doc.15.)

1

1 2012. A Clerk's Certificate of Entry of Default was subsequently entered on February 7, 2012.

2. The United States has since been informally negotiating other potential claimant interests in this case and has now resolved all other known potential claimant interests.

3. Due to the press of time and business, and extension of 35 days is requested in which to file the United States' motion for default judgment and requests that the filing deadline be extended to June 15, 2012.

Dated: May 11, 2012          BENJAMIN B. WAGNER
                             United States Attorney


                              /s/ Heather Mardel Jones
                             HEATHER MARDEL JONES
                             Assistant United States Attorney


### ORDER

Good cause having been shown and based on this request, IT IS HEREBY ORDERED that the current deadline of May 11, 2012 is extended to June 18, 2012 in which the United States must file its motion for default.

IT IS SO ORDERED.

Dated:  **May 11, 2012**          /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE