# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cv-1445 LJO BAM |
| Plaintiff, | )<br>)<br>) | **FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S *EX PARTE* APPLICATION FOR DEFAULT JUDGMENT** |
| v. | )<br>) | |
| APPROXIMATELY $296,000.00 IN U.S. CURRENCY, | )<br>) | (Document 32) |
| Defendant. | )<br>) | |

In this civil forfeiture action, Plaintiff United States of America ("Government") seeks: (1) default judgment against the interests of Barun Law, Chong Sin Theological Seminary, Han Sik Kim, Byung Hyun Lee, Seo Ae Sook, and Seo Bu Young Lark Presbyterian Church in approximately $52,120.19; and (2) entry of a final forfeiture judgment to vest in the Government all right, title and interest in the defendant currency. On August 8, 2012, the Magistrate Judge issued Findings and Recommendations recommending that the Government's motion be granted. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days. No objections to the findings and recommendations were filed with the Court.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

1 | Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed August 8, 2012, are adopted in full.  In addition, this Court:

    1.    **GRANTS** plaintiff United States of America default judgment against the interests of Barun Law, Chong Sin Theological Seminary, Han Sik Kim, Byung Hyun Lee, Seo Bu Young Lark Presbyterian Church, Seo Ae Sook in the Defendant Currency;

    2.    **ENTERS** final forfeiture judgment to vest in Plaintiff United States of America all right, title and interest in the Defendant Currency in the amount of $52,120.19; and

    3.    **ORDERS** Plaintiff United States of America, within ten (10) days of service of an order adopting the findings and recommendations, to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations and order adopting them.

IT IS SO ORDERED.

**Dated:**   **August 30, 2012**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE