BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-01445-LJO-BAM |
| Plaintiff, | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $296,000.00 SEIZED FROM JP MORGAN CHASE BANK NATIONAL ASSOCIATION, THE CORRESPONDENT BANK FOR KOREA EXCHANGE BANK ACCOUNT NUMBER 006290094519[1/], and | |
| APPROXIMATELY $50,000.00 SEIZED FROM JP MORGAN CHASE BANK NATIONAL ASSOCIATION, THE CORRESPONDENT BANK FOR NATIONAL AGRICULTURAL COOPERATIVE FEDERATION ACCOUNT NUMBER 006550294616[2/], | |
| Defendants. | |

---

[1/] Through the litigation of this case, it has been discovered that there was a transposition of account numbers. The correct account number is: "JP Morgan Chase Bank National Association, the correspondent bank for Korea Exchange Bank account number 544770599." Therefore, in the body of this Default Judgment and Final Judgment of Forfeiture, reference will be made to account number 544770599.

[2/] The defendant $50,000.00 seized from JP Morgan Chase Bank National Association, the Correspondent Bank for National Agricultural Cooperative Federation account number 06550294616 was returned to National Agricultural Cooperative Federation upon a showing that the financial institution had discharged all or part of its obligation to the accountholder at the time of the seizure pursuant to 18 U.S.C. § 981(k), and as such was dismissed from this action on December 22, 2011.  (Doc.15.)

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed June 12, 2012.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted.  The time for objecting to the Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment have passed and no timely objections have been filed.  An order adopting the Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment was filed on August 30, 2012.  Based on the Magistrate Judge's Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment, the order adopting the Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's August 8, 2012, Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment in full.

2. Barun Law, Chong Sin Theological Seminary, Han Sik Kim, Byung Hyun Lee, Seo Ae Sook, and Seo By Young Lark Presbyterian Church are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $296,000.00 seized from JP Morgan Chase Bank National Association, the correspondent bank for Korea Exchange Bank account number 544770599, of Barun Law, Chong Sin Theological Seminary, Han Sik Kim, Byung Hyun Lee, Seo Ae Sook, Seo By Young Lark Presbyterian Church, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $296,000.00 seized from JP Morgan Chase Bank National Association, the correspondent bank for Korea Exchange Bank account number 544770599, to be disposed of according to law, including all right, title, and interest of Barun Law, Chong Sin Theological Seminary, Han Sik Kim, Byung Hyun Lee, Seo Ae Sook, and Seo By Young Lark Presbyterian Church, subject to the interest of Korea Exchange Bank (hereafter "KEB") pursuant to the Stipulation for Final Judgment of Forfeiture Re Korea Exchange Bank filed on June 12, 2012.

5. All right, title, and interest in $52,120.19 of the defendant approximately $296,000.00 seized from JP Morgan Chase Bank National Association, the correspondent bank for Korea Exchange

Bank account number 544770599, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), to be disposed of according to law.

6. Upon entry of this Default Judgment and Final Judgment of Forfeiture, but no later than 45 days thereafter, $243,879.81 of the defendant approximately $296,000.00 seized from JP Morgan Chase Bank National Association, the correspondent bank for Korea Exchange Bank account number 544770599, together with any interest that may have accrued on that amount, shall be returned to Korea Exchange Bank.

7. All parties shall bear their own costs and attorneys' fees.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 5, 2012**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE